SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN: 236587)
DOW W. PATTEN, ESQ. (SBN:135931)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorneys for Plaintiff
ANTHONY REDWOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY REDWOOD, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>SAFEWAY, INC. and DOES 1-10,<br><br>   Defendants. | Case No.:   CV 12 0304 EMC<br><br>**STIPULATED ADMINISTRATIVE MOTION TO EXTEND TIME TO COMPLETE MEDIATION AND PROPOSED ORDER**<br><br>(MODIFIED) |

    The Parties, through their respective counsel of record herein, hereby jointly move the Court for an Order permitting the completion and compliance date for the conduct of mediation herein from August 3, 2012 to October 3, 2012 due to scheduling issues.

    The parties currently have a pre-mediation conference call set with the panel mediator set for Friday, August 10, 2012 at 10:30 a.m. to schedule the mediation.

    Respectfully submitted,

Dated: August 3, 2012                  SMITH PATTEN
                                                   */s/ Dow W. Patten,*
                                                  DOW W. PATTEN, ESQ.
                                                  Attorneys for Plaintiff Anthony Redwood

1

Dated: August 3, 2012							SAFEWAY, INC.

                                                                               /s/ Stephen Rowell
                                                                     STEPHEN ROWELL
                                                                     Attorneys for Defendant Safeway, Inc.

## [~~PROP~~OSED] ORDER

Based upon the stipulation of the parties, and good cause appearing, IT IS SO ORDERED. The Further CMC is reset from 9/14/12 to 10/26/12 at 10:30 a.m. An updated joint CMC Statement shall be filed by 10/19/12.

Dated: 8/8/12

                                                      Hon. Edward M. Chen
                                                      United States District



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen