| | |
|---|---|
| 1 | SMITH PATTEN |
| | SPENCER F. SMITH (SBN:236587) |
| 2 | DOW W. PATTEN (SBN: 135931) |
| | 353 Sacramento St., Suite 1120 |
| 3 | San Francisco, California 94111 |
| | Telephone (415) 402-0084 |
| 4 | Facsimile (415) 520-0104 |
| 5 | Attorneys for Plaintiff |
| | ANTHONY REDWOOD |
| 6 | |
| 7 | SAFEWAY INC. |
| | STEPHEN Q. ROWELL  #098228 |
| 8 | E-mail:  stephen.rowell@safeway.com |
| | THEODORE K. BELL  #184289 |
| 9 | E-mail:  tad.bell@safeway.com |
| | 5918 Stoneridge Mall Road |
| 10 | Pleasanton, CA  94588-3229 |
| | Telephone:   (925) 467-3936 |
| 11 | Facsimile:    (925) 467-3214 |
| 12 | Attorneys for Defendants |
| | SAFEWAY INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY REDWOOD, an individual, | ) | Case No. CV 12 0304 JST |
| | ) | |
| Plaintiff, | ) | **STIPULATED DISMISSAL AND** |
| | ) | *[Proposed]* **ORDER** |
| vs. | ) | |
| | ) | Complaint Filed:  January 19, 2012 |
| SAFEWAY INC.  and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, Anthony Redwood, and Defendant, Safeway Inc., by and through their designated counsel of record hereby stipulate to and jointly request this court to dismiss this case **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  Each party to bear its own fees and costs.

///

///

- 1 -

STIPULATED DISMISSAL AND [Proposed] ORDER

Case No. CV 12 0304 JST

- 2 -

1  Dated: May 10, 2013      SMITH PATTEN

2                                                    /s/
3                                         SPENCER F. SMITH/DOW PATTEN
   Attorneys for Plaintiff Anthony Redwood
4

5  Dated: May 13, 2013      SAFEWAY INC.

6                                                    /s/
7                                         STEPHEN Q. ROWELL
   Attorneys for Defendant Safeway Inc.

8

9

10    **IT IS SO ORDERED** that this case is hereby dismissed **WITH PREJUDICE**

11 pursuant to FRCP 41 (a)(2).

12

13 Dated: May 13, 2013      _____
14                                         JON S. TIGAR
                                           U.S. DISTRICT JUDGE

STIPULATED DISMISSAL AND [Proposed] ORDER
Case No. CV 12 0304 JST