1  SMITH PATTEN
   SPENCER F. SMITH (SBN:236587)
2  DOW W. PATTEN (SBN: 135931)
   353 Sacramento St., Suite 1120
3  San Francisco, California 94111
   Telephone (415) 402-0084
4  Facsimile (415) 520-0104

5  Attorneys for Plaintiff
   ANTHONY REDWOOD

6

7  SAFEWAY INC.
   STEPHEN Q. ROWELL  #098228
8  E-mail:  stephen.rowell@safeway.com
   THEODORE K. BELL  #184289
9  E-mail:  tad.bell@safeway.com
   5918 Stoneridge Mall Road
10 Pleasanton, CA  94588-3229
   Telephone:   (925) 467-3936
11 Facsimile:   (925) 467-3214

12 Attorneys for Defendants
   SAFEWAY INC.

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16
                                            )
17  ANTHONY REDWOOD, an individual,         ) Case No. CV 12 0304 JST
                                            )
18                          Plaintiff,      ) **STIPULATED DISMISSAL AND**
                                            ) **[Proposed] ORDER**
19       vs.                                )
                                            ) Complaint Filed:  January 19, 2012
20  SAFEWAY INC.  and DOES 1-10,            )
                                            )
21                          Defendants.     )
                                            )

22       Plaintiff, Anthony Redwood, and Defendant, Safeway Inc., by and through their

23  designated counsel of record hereby stipulate to and jointly request this court to dismiss this

24  case **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  Each party to bear its own fees and

25  costs.

26  ///

27  ///

28

- 1 -

STIPULATED DISMISSAL AND [Proposed] ORDER

Case No. CV 12 0304 JST

- 2 -

1  Dated: May 10, 2013				SMITH PATTEN

2							_____/s/_____
3							SPENCER F. SMITH/DOW PATTEN
							Attorneys for Plaintiff Anthony Redwood
4

5  Dated:  May 13, 2013				SAFEWAY INC.

6							_____/s/_____
							STEPHEN Q. ROWELL
7							Attorneys for Defendant Safeway Inc.

8

9

10    **IT IS SO ORDERED** that this case is hereby dismissed **WITH PREJUDICE**

11  pursuant to FRCP 41 (a)(2).

12

13  Dated: May 13, 2013			_____
							JON S. TIGAR
14							U.S. DISTRICT JUDGE